## Binder's License.    Appeal of Charles Binder.

Argued Oct. 12, 1899.    Appeal, No. 104, Oct. T., 1899, by Charles Binder, from order of Q. S. Phila. Co., refusing petition for wholesale liquor license.    Before RICE, P. J., BEAVER, ORLADY, SMITH, W. W. PORTER, W. D. PORTER and BEEBER, JJ.    Affirmed.    Per Curiam.

*J. Jos. Murphy*, for appellant.

*Lewis D. Vail* and *D. C. Gibboney*, for appellee, filed no paper-book.

PER CURIAM, November 20, 1899:

Our rulings in Di Nubile's Appeal, ante, p. 571, and Hilleman's Appeal, ante, p. 567, control in the disposition of this case.

The order is affirmed.